49 So.2d 922

### Ex parte STATE, ex rel. Truman A. SIMPSON (Berry Lumber Co.)

6 Div. 191.

Supreme Court of Alabama.

Jan. 10, 1951.

Alex Smith, Jr., of Fayette, and E. D. McDuffie, of Tuscaloosa, for petitioner.

PER CURIAM.

Rule nisi denied, petition dismissed.

BROWN, FOSTER, LAWSON, and STAKELY, JJ., concur.

52 So.2d 885

### James TARVER v. CITY OF BIRMINGHAM.

6 Div. 237.

Supreme Court of Alabama.

April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown, of Birmingham, opposed.

STAKELY, Justice.

Petition of James Tarver for certiorari to the Court of Appeals in the case of Tarver v. City of Birmingham, 52 So.2d 891. Writ denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

All the Justices concur.

49 So.2d 922

### TENNESSEE COAL, IRON & R. CO. v. L. D. AYERS.

6 Div. 99.

Supreme Court of Alabama.

Nov. 28, 1950.

Benners, Burr, Stokely & McKamy, of Birmingham, for appellant.

Sirote, Permutt & Friend, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

51 So.2d 911

### Jessie TUCKER v. Robert Payne TUCKER.

7 Div. 43.

Supreme Court of Alabama.

Jan. 9, 1951.

Merrill, Merrill & Vardaman, of Anniston, for appellant.

Knox, Dixon & Wooten, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.